### Chad HARVEY, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 74214.

Missouri Court of Appeals, Western District.

Oct. 2, 2012.

Ellen H. Flottman, Columbia, MO, for appellant.

1. Rule citations are to the Missouri Supreme

Dora Fichter, Jefferson City, MO, for respondent.

Division One: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Chad Harvey appeals the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).